**Order filed December 11, 2012, Withdrawn, Appeal Reinstated and Order filed December 18, 2012**



In The

# Fourteenth Court of Appeals

———————

NO. 14-12-00135-CR
NO. 14-12-00136-CR
NO. 14-12-00137-CR

———————

**DON GRIJALVA-LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause Nos. 1146588, 1223212, and 1224946**

---

### ORDER

This Court issued an order abating these appeals because a supplemental clerk's record containing the presentence investigation reporter, requested August 10, 2012, had not been filed. The supplemental clerk's records have now been filed. Accordingly, our order of December 11, 2012, is withdrawn and the appeal is reinstated.

PER CURIAM